■ In the Matter of DONALD G. MCQUAY, Petitioner. — Application by petitioner, Donald G. McQuay, for admission to the Bar of the State of New York, as an attorney and counselor at law. Application denied, without

prejudice to a further application upon a showing by the applicant that satisfactory steps have been taken to resolve his problems and to demonstrate an appropriate sense of responsibility. Mollen, P. J., Damiani, Titone, Lazer and Brown, JJ., concur.